# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-cr-1022-DEB |
| v. | **ORDER GRANTING UNITED STATES' MOTION TO DISMISS** |
| NOFEL NOEL SULEYMAN, | |
| Defendant | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, pursuant to Local Rule 57.4, that the information and count 1 of the superseding information shall be dismissed against Nofel Noel Suleyman without prejudice.

IT IS FURTHER ORDERED bond is exonerated. Defense Counsel shall prepare an order to disburse funds or release collateral.

IT IS SO ORDERED.

Dated: February 22, 2023

_____
Daniel E. Butcher
United States Magistrate Judge